1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

                                                        No.  C

        Plaintiff(s),                  **DECLINATION TO PROCEED BEFORE**
                                          **A MAGISTRATE JUDGE**
  v.                                       **AND**
                                            **REQUEST FOR REASSIGNMENT TO A**
                                            **UNITED STATES DISTRICT JUDGE**

        Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

     The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _June 18, 2008_____        Signature_/s/ (Michael J. Haddad)

                                                             Counsel for _____
                                                             (Plaintiff, Defendant, or indicate "pro se")