DONALD L GALINE, ESQ. (State Bar No. 83452)
LAW OFFICES OF DONALD L. GALINE
411 Borel Avenue, Suite 500
San Mateo, Ca 94402
Telephone: (650) 345-8484
Facsimile: (650) 345-9875

MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
Douglas Burns

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS, Individually, | |
| Plaintiff, | |
| vs. | Case No. C-08-2995 JSW |
| CITY OF REDWOOD CITY, a public entity, REDWOOD CITY POLICE DEPARTMENT, POLICE OFFICER JAIME MATEO, POLICE OFFICER DAVID GOUGH, POLICE OFFICER RAMIRO PEREZ, POLICE OFFICER STEPHEN SYSUM, POLICE OFFICER RICH HARRINGTON, individually, and DOES 1-10, | **PROOF OF SERVICE** |
| Defendants. | |

Case No. C-08-2995 JSW:  PROOF OF SERVICE                                                                 1

### PROOF OF SERVICE
(FRCivP 5 and 28 USC §1746)

Re:    <u>Douglas Burns v. City of Redwood City, et al.</u>, No. C 08-2995 JSW

I declare that: I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 505 Seventeenth Street, Oakland, California 94612.

On June 30, 2008, I served the attached ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT by placing a true copy thereof in a sealed envelope VIA FIRST CLASS MAIL with postage thereon fully prepaid, in Oakland, California, at the following addresses:

Mr. Joseph C. Howard, Jr.
Howard, Rome, Martin & Ridley LLP
1775 Woodside Rd., Suite 200
Redwood City, CA  94061-3436

Mr. Donald L. Galine
Law Offices of Donald L. Galine
411 Borel Ave., Suite 500
San Mateo, CA  94402

I declare under penalty of perjury that the foregoing is true and correct and that on the date stated above, this declaration was executed at Oakland, California.

_____
MICHAEL J. HADDAD