HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS, Individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF REDWOOD CITY, a public entity; REDWOOD CITY POLICE DEPARTMENT; POLICE OFFICER JAIME MATEO; POLICE OFFICER DAVID GOUGH; POLICE OFFICER RAMIRO PEREZ; POLICE OFFICER STEPHEN SYSUM; POLICE OFFICER RICH HARRINGTON, individually, and DOES 1-10,<br><br>　　　　Defendants. | Case No. C08-02995 JSW (EDL)<br><br>~~[PROPOSED]~~ ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS TO CONTINUE THE SETTLEMENT CONFERENCE WITH JUDGE LAPORTE<br><br>L.R. 7-1, 7-11, & 7-12 |

**IT IS HEREBY ORDERED THAT** the parties' Joint Motion for Administrative Relief to Modify the Court's Order Scheduling Trial and Pretrial Matters to Alter Discovery and Disclosure Deadlines, Date of Pretrial Conference, and the Settlement Conference with Magistrate Judge Elizabeth D. Laporte is **GRANTED**.

**PURSUANT TO STIPULATION** the following deadlines set forth in the October 1, 2008 Order Scheduling Trial and Pretrial Matters are altered as follows:

　　Pretrial Conference:　　Monday ~~1/18/2010~~ Tuesday, 1/19/2010 at 2:00 p.m.

1
~~[Proposed]~~ Order Granting Motion for Administrative Relief; Case No. C08-02995 JSW (EDL)

1   Last Day for Expert Discovery:       12/4/2009

2   Last Day for Expert Disclosure:      11/4/2009

3   Close of Non-expert Discovery:       10/21/2009

4   Certification of Supplemental Disclosure:   9/21/2009

                                                                    December 18, 2009
5   The deadline for completing the Settlement Conference is continued ~~December 31, 2009~~.

6   The parties shall request a new Settlement Conference date in November of 2009 that is agreeable

7   to Judge Laporte.

8   **IT IS SO ORDERED**.

9

10  DATE: July __29__, 2009

11

12                                               _/s/ Jeffrey S. White_
                                                 _____
13                                               JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

---

2

~~[Proposed]~~ Order Granting Motion for Administrative Relief; Case No. C08-02995 JSW (EDL)