**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**MELISSA M. HOLMES [SBN: 220961]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants CITY OF REDWOOD CITY; JAIME MATEO; DAVID GOUGH; RAMIRO PEREZ; STEPHEN SYSUM; and RICH HARRINGTON

**DONALD L GALINE . (State Bar No. 83452)**
**LAW OFFICES OF DONALD L. GALINE**
411 Borel Avenue, Suite 500
San Mateo, Ca 94402
Telephone: (650) 345-8484
Facsimile: (650) 345-9875

**MICHAEL J. HADDAD (State Bar No. 189114)**
**JULIA SHERWIN (State Bar No. 189268)**
**HADDAD & SHERWIN**
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
DOUGLAS BURNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF REDWOOD CITY, REDWOOD CITY POLICE DEPARTMENT, JAIME MATEO, DAVID GOUGH, RAMIRO PEREZ, STEPHEN SYSUM, and RICH HARRINGTON, and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. C08-02995 JSW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCUSE OFFICER DEFENDANTS' FROM ATTENDING SETTLEMENT CONFERENCE**<br><br>Date:　December 17, 2009<br>Time:　9:30 a.m.<br>Judge:　Hon. Elizabeth D. Laporte |

1     IT IS HEREBY STIPULATED by and between plaintiff DOUGLAS BURNS and
2 defendants the CITY OF REDWOOD CITY ("the City") and individual police officers, JAIME
3 MATEO, DAVID GOUGH, RAMIRO PEREZ, STEPHEN SYSUM, and RICHARD
4 HARRINGTON, through their designated counsel, that defendant officers be excused from
5 attending the Settlement Conference scheduled on December 17, 2009, at 9:30 a.m., before the
6 Honorable Magistrate Judge Laporte.

7     The City requests that the officers be excused from personally attending this conference.
8 Their absence will not impair the City's ability to discuss or settle the case, on the officers' behalf.
9 Counsel for both parties believe that the individual officer defendants' absence will improve the
10 likelihood of settlement in this action.

11     **IT IS SO STIPULATED.**
12 DATE: December 7, 2009

13                                                     HOWARD ROME MARTIN & RIDLEY LLP

14                                                     By:    /**s**/ Joseph C. Howard[1]
15                                                              Joseph C. Howard
                                                             Melissa M. Holmes
16                                                               Attorneys for Defendants CITY OF
                                                              REDWOOD CITY; JAIME MATEO;
                                                              DAVID GOUGH; RAMIRO PEREZ;
17                                                               STEPHEN SYSUM; and RICH
                                                              HARRINGTON
18
    DATED: December 7, 2009                HADDAD & SHERWIN
19
20                                               By:    /**s**/ Michael J. Haddad
                                                          Michael J. Haddad
21                                                              Attorneys for Plaintiff
                                                             DOUGLAS BURNS

22 ///
23 ///
24 ///
25
26

---

2
Stipulation to Excuse Officer Defendants from Settlement Conference; C08-02995 JSW (EDL)

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715

**[PROPOSED] ORDER**

Pursuant to the above stipulation of the parties, **IT IS HEREBY ORDERED THAT**, the individual defendant officers (Officers Mateo, Gough, Perez, Sysum, and Harrington) are excused from attended the December 17, 2009 settlement conference.

**IT IS SO ORDERED.**

Date: December 10, 2009

Signed: /s/ Elizabeth D. Laporte
ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] I, Joseph C. Howard, hereby attest pursuant to General Order 45, section X.B, that a written concurrence in the filing of the document has been obtained from the other signatory.

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715