IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS BURNS,

    Plaintiff,                             No. C 08-02995 JSW

  v.

CITY OF REDWOOD CITY, ET AL.,        **ORDER RESOLVING DISCOVERY DISPUTES**

    Defendants.

The Court has received and considered the parties' joint discovery dispute letter dated January 19, 2010. The Court has considered the parties' positions as set forth in the letter, relevant legal authorities, and the record in this case, and has concluded that no hearing is necessary.

With regard to Defendants' request for additional time to conduct Plaintiff's deposition, the Court GRANTS the request to extend the deposition for an additional hour to examine Plaintiff regarding his claimed damages.

With regard to the deposition of Emily Burns, the Court GRANTS Plaintiff's request to limit the scope of the deposition to the issue of the telephone call she received from the Redwood City police on the night Plaintiff was arrested.

**IT IS SO ORDERED.**

Dated: January 20, 2010

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE