*E-Filed 5/7/10*

**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**MELISSA M. HOLMES [SBN: 220961]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:  (650) 365-7715

Attorneys for Defendants CITY OF REDWOOD CITY; JAIME MATEO; DAVID GOUGH; and RAMIRO PEREZ

**MICHAEL J. HADDAD (State Bar No. 189114)**
**JULIA SHERWIN (State Bar No. 189268)**
**HADDAD & SHERWIN**
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
DOUGLAS BURNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS, Individually, | Case No. C08-02995 RS |
| Plaintiff, | **JOINT STIPULATION FOR BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF REDWOOD CITY, a public entity; REDWOOD CITY POLICE DEPARTMENT; POLICE OFFICER JAIME MATEO; POLICE OFFICER DAVID GOUGH; POLICE OFFICER RAMIRO PEREZ; POLICE OFFICER STEPHEN SYSUM; POLICE OFFICER RICH HARRINGTON, individually, and DOES 1-10, | **JUDGE:** Hon. Richard Seeborg |
| Defendants. | |

The parties submit this Joint Stipulation for Briefing Schedule for any Motion for Summary Judgment or other dispositive motion.

The parties stipulate to the following briefing and hearing schedule:

**Hearing:**                                      **August 5, 2010** at 1:30 p.m.

---

1
JOINT STIP FOR BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT; Case No. C08-02995 RS

| | | |
|---|---|---|
| 1 | **Reply to be Filed:** | **July 15, 2010** |
| 2 | **Opposition to be Filed:** | **July 8, 2010** |
| 3 | **Moving Papers to be Filed:** | **June 3, 2010** |

DATE: May 6, 2010

HOWARD ROME MARTIN & RIDLEY LLP

By: **/s/Melissa M. Holmes**
MELISSA M. HOLMES
Attorneys for Defendants CITY OF
REDWOOD CITY; JAIME MATEO;
DAVID GOUGH; and RAMIRO PEREZ

DATED: May 6, 2010

HADDAD & SHERWIN

By: **/s/Michael J. Haddad**
MICHAEL J. HADDAD
Attorneys for Plaintiff
DOUGLAS BURNS

Dated: 5/6/10   IT IS SO ORDERED.

U.S. DISTRICT JUDGE

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715