**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**MELISSA M. HOLMES [SBN: 220961]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants CITY OF REDWOOD CITY;
JAIME MATEO and DAVID GOUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS, Individually,<br><br>              Plaintiff,<br><br>       vs.<br><br>CITY OF REDWOOD CITY, a public entity; REDWOOD CITY POLICE DEPARTMENT; POLICE OFFICER JAIME MATEO; POLICE OFFICER DAVID GOUGH; POLICE OFFICER RAMIRO PEREZ; POLICE OFFICER STEPHEN SYSUM; POLICE OFFICER RICH HARRINGTON, individually, and DOES 1-10,<br><br>              Defendants. | Case No. C08-02995 RS<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING VENDOR TO BRING AUDIO AND VISUAL EQUIPMENT INTO AND OUT OF COURTHOUSE**<br><br>**TRIAL:       May 31, 2011** |

The parties hereby stipulate to allow their audio and visual vendor, On The Record, Inc. and its employees, to enter the Courthouse with audio visual equipment on Friday, May 27, 2011 and to remove the audio visual equipment at the close of trial.

IT IS SO STIPULATED.

///

///

///

1  DATE: May 19, 2011

2                                              HOWARD ROME MARTIN & RIDLEY LLP

3                                              By:     **/s/Joseph C. Howard**
                                                       JOSEPH C. HOWARD, JR.
4                                                      MELISSA M. HOLMES
                                                       Attorneys for Defendants CITY OF
5                                                      REDWOOD CITY; JAIME MATEO and
                                                       DAVID GOUGH

6  DATED: May 19, 2011                         HADDAD & SHERWIN

7                                              By:     **/s/Michael J. Haddad**
                                                       MICHAEL J. HADDAD
8                                                      Attorneys for Plaintiff
9                                                      DOUGLAS BURNS

10     **IT IS SO ORDERED.**

11 DATE: May 23, 2011

12                                             _____
13                                             THE HONORABLE RICHARD SEEBORG

2

Stipulation and [~~Proposed~~] Order Permitting Vendor to Bring Equipment In and Out of Courthouse; Case No. C08-02995 RS

HOWARD ROME MARTIN & RIDLEY LLP
1775 WOODSIDE ROAD, SUITE 200
REDWOOD CITY, CALIFORNIA 94061
TELEPHONE (650) 365-7715