UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS, | Case No. C 08-02995 RS |
| Plaintiff, | **ORDER TO JURY COMMISSIONER** |
| v. | |
| CITY OF REDWOOD CITY, ET AL., | |
| Defendant. | |

_____

   IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation, lunch shall be furnished for the members of the jury of <u>8</u>, at the expense of the United States <u>on the following dates:</u> <u>6/1/11, 6/3/11, 6/6/11, 6/7/11, 6/8/11, 6/10/11, 6/13/11 and</u> <u>6/14/11.</u>

Dated: <u>5/25/11</u>

_____
  United States District Judge

cc: David Weir
    Café 450