**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**MELISSA M. HOLMES [SBN: 220961]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants CITY OF REDWOOD CITY;
JAIME MATEO and DAVID GOUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS, Individually,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF REDWOOD CITY, a public entity; REDWOOD CITY POLICE DEPARTMENT; POLICE OFFICER JAIME MATEO; POLICE OFFICER DAVID GOUGH; POLICE OFFICER RAMIRO PEREZ; POLICE OFFICER STEPHEN SYSUM; POLICE OFFICER RICH HARRINGTON, individually, and DOES 1-10,<br><br>            Defendants. | Case No. C08-02995 RS<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING REDWOOD CITY OFFICERS TO ENTER THE COURTHOUSE ARMED**<br><br>**JUDGE:**     The Hon. Richard Seeborg |

The parties hereby stipulate that during at least one day of testimony during the trial commencing on May 31, 2011 and commencing by no later than June 13, 2010, Redwood City Police Officers Jaime Mateo, David Gough, Ramiro Perez and Stephen Sysum may enter the Courthouse armed. (The officers may wear their full utility belts containing all materials including the following weapons: loaded guns, nunchaku [opn devices], pepper spray, asps, stun devices and back-up guns.) This is necessary for the jurors to observe what the officers were wearing on the date of the incident.

The parties also stipulate that on May 31, 2011, Redwood City Police Sergeant Ashley Osborne will be permitted to bring into the courthouse one pair of nunchakus and a collapsible asp that will be used by counsel as demonstrative aids during the trial. The parties respectfully request that the courtroom deputy arrange for the safe storage of the weapons during the trial when court is not in session. The parties agree that those weapons will not be provided to the jurors during deliberations.

IT IS SO STIPULATED.

DATE: May 25, 2011

HOWARD ROME MARTIN & RIDLEY LLP

By: **/s/Joseph C. Howard**
JOSEPH C. HOWARD, JR.
MELISSA M. HOLMES
Attorneys for Defendants CITY OF REDWOOD CITY; JAIME MATEO and DAVID GOUGH

DATED: May 25, 2011

HADDAD & SHERWIN

By: **/s/Michael J. Haddad**
MICHAEL J. HADDAD
Attorneys for Plaintiff
DOUGLAS BURNS

**IT IS SO ORDERED.**

DATE: May 27, 2011

_____
THE HONORABLE RICHARD SEEBORG