*E-Filed 5/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS BURNS, | No. C 08-2995 RS |
| Plaintiff, | **ORDER DENYING MOTION TO QUASH** |
| v. | |
| CITY OF REDWOOD CITY, et al., | |
| Defendants. | |

Plaintiff's motion to quash defendants' subpoena regarding the person most knowledgeable at the County of San Mateo Health Services Agency is denied. The subpoenaed materials may only be used if appropriate as impeachment evidence.

IT IS SO ORDERED.

Dated: 5/27/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California