IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DOUGLAS BURNS,

        Plaintiff,

v.

JAIME MATEO, DAVID GOUGH, CITY OF REDWOOD CITY,

        Defendants.

No. C 08-2995 RS

**VERDICT FORM**

We the jury in the above-entitled action, find the following special verdict on the questions submitted to us:

1. Do you find by a preponderance of the evidence that a defendant used, or caused the use of, excessive force against the plaintiff in violation of the Constitution of the United States?

    **Answer "yes" or "no" as to each defendant.**

|  |  | Yes | No |
|---|---|---|---|
| **Answer:** | JAIME MATEO | X | |
|  | DAVID GOUGH | | X |

*Please proceed to question 2.*

2. Do you find by a preponderance of the evidence that a defendant interfered or attempted to interfere by threats, intimidation, or coercion with the exercise or enjoyment by plaintiff of rights secured by the Constitution or laws of the United States, or by the Constitution or laws of California, in violation of California Civil Code section 52.1?

**Answer "yes" or "no" as to each defendant.**

|  |  | Yes | No |
|---|---|---|---|
| **Answer:** | JAIME MATEO & REDWOOD CITY | X | |
|  | DAVID GOUGH & REDWOOD CITY | | X |

*Please proceed to question 3.*

3. Do you find by a preponderance of the evidence that a defendant was negligent?

**Answer "yes" or "no" as to each defendant.**

|  |  | Yes | No |
|---|---|---|---|
| **Answer:** | JAIME MATEO & REDWOOD CITY | X | |
|  | DAVID GOUGH & REDWOOD CITY | X | |

*Please proceed to question 4.*

4. Do you find by a preponderance of the evidence that a defendant intentionally inflicted emotional distress on plaintiff?

**Answer "yes" or "no" as to each defendant.**

|  | Yes | No |
|---|---|---|
| Answer: JAIME MATEO & REDWOOD CITY | ___ | X |
| DAVID GOUGH & REDWOOD CITY | ___ | X |

*If you answered "Yes" to any portion of Questions 1 through 4 above, then please proceed to Question 5. If you answered "No" to all portions of Questions 1 through 4 above, please sign and date this verdict form without answering the remaining questions.*

5. What do you find the total amount of damages, if any, suffered by the plaintiff caused by a defendant's conduct?

$ 217,784

*Please Proceed to Question 6.*

6. If you answered "Yes" to any portion of Question 3 above, do you find by a preponderance of the evidence that plaintiff was negligent?

**Answer "yes" or "no."**

|  | Yes | No |
|---|---|---|
| Answer: | X | ___ |

*If you answered "Yes" to Question 6, please proceed to Question 7. If you answered "No" to Question 6, please proceed to Question 8.*

No. C 08-2995 RS
VERDICT FORM

3

7. If you answered "Yes" to Question 6, what percentage of responsibility for plaintiff's injury do you attribute to each defendant and to plaintiff? The total combined percentage must equal 100%.

Defendant Mateo     __35__ %

Defendant Gough     __35__ %

Plaintiff Burns     __30__ %

*Please proceed to question 8.*

8. If you answered "Yes" as to defendant Mateo in Question 1 above, do you find by a preponderance of the evidence that defendant Mateo's conduct was malicious, oppressive, or in reckless disregard of plaintiff's rights?

**Answer "yes" or "no."**

|       | Yes | No |
|-------|-----|----|
| **Answer:** |     | X  |

*If you answered "Yes" to Question 8, please proceed to Question 9. If you answered "No," to Question 8, please proceed to Question 10.*

9. If you answered "Yes" to Question 8, what amount, if any, do you award as punitive damages against Defendant Mateo?

No. C 08-2995 RS
VERDICT FORM

4

$ _____

*Please proceed to question 10.*

10. If you answered "Yes" as to defendant Gough in Question 1 above, do you find by a preponderance of the evidence that defendant Gough's conduct was malicious, oppressive, or in reckless disregard of plaintiff's rights?

**Answer "yes" or "no."**

|  | Yes | No |
|---|---|---|
| **Answer:** | ___ | ___ |

*If you answered "Yes" to Question 10, please proceed to Question 11. If you answered "No," to Question 10, please sign and date this verdict form.*

11. If you answered "Yes" to question 10, what amount, if any, do you award as punitive damages against Defendant Gough?

$ _____

*Please sign and date this verdict form.*

Dated: 6/16/11

_____
Foreperson

No. C 08-2995 RS
VERDICT FORM

5