# BURNS V. CITY OF REDWOOD CITY, ET AL.
## CV-08-02995 RS

## BILL OF COSTS INVOICES

## VOLUME 1

## ATKINSON-BAKER TO IKON

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Julia Sherwin
Haddad & Sherwin
505 17th Street
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter, leaster@depo.com
ABI'S Federal ID No.: 95-4189037

| INVOICE NO. | 075AE A |
| FIRM NO. | 1193675 |
| INVOICE DATE | 04/08/2010 |
| DUE UPON RECEIPT | |

Setting Firm: Haddad & Sherwin
Taking Attorney: Julia Sherwin
Case Name: Burns v Redwood City
Case No.: C-08-2995 JSW
Claim No.:
Insurance Co.:
Insured: DOL:
Clients Ref.#1:
Clients Ref.#2:
Adjuster:
Description: Video time for the deposition of Steven Edleman, M.D taken 4/5/2010.

Approximate total tape time: 0 hours, 23 minutes

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Video time, first hour | 1.00 | $ 255.00 | $ 255.00 |
| Video time, remaining partial hour | .25 | $ 85.00 | $ 21.25 |
| (Copy order will be billed | .00 | $ .00 | $ .00 |
| separately when ordered) | .00 | $ .00 | $ .00 |

| PAYMENT | | | - |
|---|---|---|---|
| BALANCE DUE | | | $ 276.25 |

First hour includes set-up and breakdown. (04/05 - 03:00pm scheduled start to 04:15pm breakdown finish)

A service fee of .75% per month may be added to any invoice over 30 days old.

-------------------------------- Fold and tear at this perforation, then return stub with payment. --------------------------------

| BALANCE DUE | $ 276.25 |
|---|---|
| INVOICE NO. | 075AE A |
| FIRM NO. | 1193675 |

For: Video time for the deposition of Steven Edleman, M.D taken 4/5/2010.

From: Julia Sherwin
Haddad & Sherwin
505 17th Street
Oakland, CA 94612-

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD. THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Julia Sherwin
Haddad & Sherwin
505 17th Street
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter
leaster@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Haddad & Sherwin |
|---|---|
| Taking Attorney: | Julia Sherwin |
| Case Name: | Burns v Redwood City |
| Case No.: | C08-02995 JSW |

| Claim No.: | |
|---|---|
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

| INVOICE NO. | A402EF0 AA |
|---|---|
| FIRM NO. | 1193675 |
| INVOICE DATE | 04/20/2010 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Reporter's transcript of the deposition of Steven V. Edelman, M.D, taken 4/5/2010. | $ 330.60 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 330.60 |

A service fee of .75% per month may be added to any invoice over 30 days old.

------- Fold and tear at this perforation, then return stub with payment. -------

| BALANCE DUE | $ 330.60 |
|---|---|

| INVOICE NO. | A402EF0 AA |
|---|---|
| FIRM NO. | 1193675 |

For: Reporter's transcript of the deposition of Steven V. Edelman. M.D, taken 4/5/2010.

From: Julia Sherwin
Haddad & Sherwin
505 17th Street
Oakland, CA 94612-

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Julia Sherwin
Haddad & Sherwin
505 17th Street
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter
leaster@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Howard, Rome, Martin & Ridley, LLP |
|---|---|
| Taking Attorney: | Joseph C. Howard, Jr. |
| Case Name: | Burns vs Redwood City |
| Case No.: | C08 02995 JSW (EDL) |

| INVOICE NO. | A40348B AB |
|---|---|
| FIRM NO. | 1193675 |
| INVOICE DATE | 05/05/2010 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Steven Edelman, M.D., taken 4/5/2010. | $ 367.65 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 367.65 |

A service fee of .75% per month may be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 367.65 |
|---|---|
| INVOICE NO. | A40348B AB |
| FIRM NO. | 1193675 |

From: Julia Sherwin
Haddad & Sherwin
505 17th Street
Oakland, CA 94612-

For: Certified copy of the reporter's transcript of the deposition of Steven Edelman, M.D., taken 4/5/2010.

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Julia Sherwin
Haddad & Sherwin
505 17th Street
Oakland, CA 94612-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Loretta Easter, leaster@depo.com

ABI'S Federal ID No.: 95-4189037

| | |
|---|---|
| Setting Firm: | Haddad & Sherwin |
| Taking Attorney: | Julia Sherwin |
| Case Name: | Burns v Redwood City |
| Case No.: | C-08-2995 JSW |

Description: DVD for the deposition of Steven Edleman, M.D taken 4/5/2010.

| | |
|---|---|
| INVOICE NO. | 075AE B |
| FIRM NO. | 1193675 |
| INVOICE DATE | 06/09/2010 |
| DUE UPON RECEIPT | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Mpeg 1 DVD Sync'd (1 tp hr) | 1.00 | $ 100.00 | $ 100.00 |
| Shipping & handling | 1.00 | $ 35.00 | $ 35.00 |
| PAYMENT | | | |
| BALANCE DUE | | | $ 135.00 |

A service fee of .75% per month may be added to any invoice over 30 days old.

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $ 135.00 |
|---|---|
| INVOICE NO. | 075AE B |
| FIRM NO. | 1193675 |

From: Julia Sherwin
Haddad & Sherwin
505 17th Street
Oakland, CA 94612-

For: DVD for the deposition of Steven Edleman, M.D taken 4/5/2010.

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.


**Bank of America**

| | | | | | |
|---|---|---|---|---|---|
| VEATHER SOURCE LLC ONL 978-3882772 MA | *Burns:* | 12/03 | 12/01 | 0166 | 1122 | 12.95 |
| 11541-4254837 | *evidence* | | | | | |
| DA AMERICAN DIABETES 800-802-6733 VA | | 12/04 | 12/03 | 4945 | 1122 | 50.00 |

# INVOICE



**BENCHMARK** *A Reporting Agency*

*SETTING THE STANDARD IN THE LEGAL INDUSTRY.*
501 Marquette Avenue, Suite 1115
Minneapolis, MN 55402
tel 612.338.3376  fax 612.338.5226
www.benchmark-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76653 | 7/2/2009 | 29616 |
| **Job Date** | **Case No.** | |
| 6/16/2009 | | |
| **Case Name** | | |
| Douglas Burns vs. City of Redwood City et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael J. Haddad
Haddad & Sherwin
505 Seventeenth Street
Oakland, CA 94612

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|   Joel Vano | | | | 195.50 |
|     Exhibit | | | 0.35 | 0.35 |
|     Exhibits, color | 3.00 | @ | 3.00 | 9.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|   Judith Vano | | | | 135.00 |
|     Exhibit | | | 0.35 | 0.35 |
|     Exhibits, color | | | 3.00 | 3.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|   Jordan Vano | | | | 57.75 |
|     Exhibits, color | | | 3.00 | 3.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|   Jessica Vano | | | | 77.75 |

**TOTAL DUE  >>>**                    **$481.70**
AFTER 8/1/2009  PAY                    $553.96

Please take advantage of the prompt payment discount.
If paid within 30 days, please pay the lower amount.

WE OFFER ON-LINE SCHEDULING!  Please visit our website at www.benchmark-reporting.com.

**Tax ID:** 41-1224131                    Phone: 510-452-5500    Fax:510-452-5510

*Please detach bottom portion and return with payment.*

Michael J. Haddad
Haddad & Sherwin
505 Seventeenth Street
Oakland, CA 94612

Job No.    : 29616          BU ID        : 1-MAIN
Case No.   :
Case Name  : Douglas Burns vs. City of Redwood City et al.

Invoice No.  : 76653          Invoice Date  : 7/2/2009
**Total Due**  : **$ 481.70**
AFTER 8/1/2009  PAY $553.96

Remit To:  **Benchmark Reporting Agency, Inc.**
    **501 Marquette Avenue, Suite 1115**
    **Minneapolis, MN 55402**

**PAYMENT WITH CREDIT CARD**                    MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:



**JUDY BRENNAN**

Certified Shorthand Reporter
25634 Clover Road • Hayward, California 94542

Phone (510) 538-1939
Pager (510) 884-5748
Fax (510) 538-5949

CSR NO. 5138

December 14, 2009


Michael J. Haddad, Esq.
Haddad & Sherwin
505 - 17th Street
Oakland, California 94612

Re:    Douglas Burns v. City of Redwood City, et al.
       Deposition of Ian Lee taken on 11-18-09
       Deposition of Mikhail Burlyga taken on 11-18-09


Orig. and 1 copy - Lee            $286.45
Exhibits                             1.75
Orig. and 1 copy - Burlyga         246.40
Exhibits                              .70
Per Diem                            75.00
Delivery and Handling               20.00


                **TOTAL DUE**      **$630.30**


TERMS:  Net 30 days; 1.5% service charge monthly
thereafter.



**PLEASE MAKE CHECK PAYABLE TO:  Judy Brennan, CSR**

TID570964270

**COPY MILL**

780 Van Ness Avenue
San Francisco, CA 94102
Tel: 415.929.7188 • Fax: 415.929.7187

# Invoice 23947

| | |
|---|---|
| Salesperson: | Joyce |
| Company: | Haddad & Sherwin |
| Address: | 505 7th Street |
| City, State, Zip: | Oakland CA 94612 |
| Contact: | Gina |
| Telephone: | 523-404-2104 |

| | |
|---|---|
| Date: | 5/26/11 |
| Job Type: | JQ |
| Quantity: | 4 sets + 1/2 set |
| Date Needed: | |
| P.O.#: | |

## Black & White

| | |
|---|---|
| 8 1/2 x 11 | ☐ |
| 8 1/2 x 14 | ☐ |
| 11 x 17 | ☐ |
| 3 Hole Punch | ☐ |
| Cardstock # | ☐ |
| Paper color | ☐ |
| Special Paper | ☐ |
| Transparency | ☐ |

## Back To Back

| | |
|---|---|
| Book | ☐ |
| Back-To-Back As Original | ☐ |
| 1-Sided To 2-Sided | ☐ |
| 2-Sided To 2-Sided | ☐ |
| 2-Sided To 1-Sided | ☐ |
| Sample Supplied | ☐ |

## Binding

| | |
|---|---|
| Spiral | ☐ |
| Velo | ☐ |
| **Front Cover** | |
| Clear | ☐ |
| Cardstock | ☐ |
| Vinyl | ☐ |
| **Back Cover** | |
| Clear | ☐ |
| Cardstock | ☐ |
| Vinyl | ☐ |

## Finishing

| | |
|---|---|
| Collate | ☐ |
| Staple | ☐ |
| Stack | ☐ |
| Clipped | ☐ |
| Slipsheet | ☐ |
| Staple per Clipped Original | ☐ |
| Folding | ☐ |
| Cutting | ☐ |

## Color

| | |
|---|---|
| 8 1/2 x 11 | ☐ |
| 8 1/2 x 14 | ☐ |
| 11 x 17 | ☐ |
| Transparency | ☐ |

## Fax Services

| | |
|---|---|
| Local | ☐ |
| Domestic | ☐ |
| Receiving | ☐ |

## Lamination

| | |
|---|---|
| Business Card/ Luggage Tag | ☐ |
| 8 1/2 x 11 | ☐ |
| 8 1/2 x 14 | ☐ |
| 11 x 17 | ☐ |

## Supplies

Paper: _____
Toner: _____
Rebuilt Cartridge: _____
Other: _____

## T-Shirt

Size: S / M / L / XL / XXL
Quantity: / / / / /
Front / Back
Graphic Choice: _____
Graphic Size: _____

Customer (Print): _____

Signature: _____

Special Instruction: Jury Questionnaire

Burns V. City of Redwood City
Case: C-08-289t RS

PAID

Cash: _____
Check No: # 8357
Credit Card No: 5/26/11
- Expiration Date: _____

| | |
|---|---|
| Subtotal: $ | 270.8 |
| Sales Tax: $ | 289 |
| Shipping & Freight: $ | 0 |
| Total: $ | 333 |
| Deposit: $ | 0 |
| Balance Due: $ | 333.59 |



# COPY STATION
Oakland

# Invoice

**Tax ID# 94-3196100**

Please remit to corporate office at:
6601 Owens Dr. Suite 135 Pleasanton, CA 94588
Tel: 925.924.0802    Fax: 925.924.0807

Our store is located at:
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550    Fax: 510.433.0570

| Date | Invoice # |
|---|---|
| 5/27/2009 | 192618 |

| Bill To | Ship To |
|---|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 | Tina 452-5510<br>Ref: Burns Case<br><br>*Doug Burns* |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 47 | Photocopying: Full service 8-1/2 X 11 | 0.08 | 3.76T |
| 6 | Color copies 8-1/2 X 11 | 0.99 | 5.94T |
|  | Special 10% Off Coupon | -0.97 | -0.97 |
|  |  | 9.75% | 0.85 |

| | **Total** | | $9.58 |



# Invoice

**Tax ID# 94-3196100**

Please remit to corporate office at:
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802    Fax: 925.924.0807**

Our store is located at:
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|---|---|
| 6/4/2009 | 192957 |

| Bill To |
|---|
| Haddad & Sherwin
505 Seventeenth Street
Oakland, CA 94612 |

| Ship To |
|---|
| Ref: Burns
*copy discovery responses* |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
| | Net 30 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 229 | Litigation support, light labor | 0.10
9.75% | 22.90T
2.23 |

| | **Total** | | $25.13 |
|---|---|---|---|



# Invoice

**Tax ID# 94-3196100**

| Date | Invoice # |
|---|---|
| 7/28/2009 | 194897 |

**Please remit to corporate office at:**
6601 Owens Dr. Suite 135 Pleasanton, CA 94588
Tel: 925.924.0802    Fax: 925.924.0807

**Our store is located at:**
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550    Fax: 510.433.0570

| Bill To | Ship To |
|---|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 | Gina 452-5500<br>Ref: BURNS |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 902 | Litigation support, light labor | 0.10 | 90.20T |
| 455 | Bates Numbering per Page | 0.10 | 45.50T |
| 8 | Color copies 8-1/2 X 11 | 0.99 | 7.92T |
|  | Subtotal |  | 143.62 |
|  | Special 10% Off Coupon | -10.00% | -14.36 |
|  |  | 9.75% | 12.60 |

| **Total** | **$141.86** |
|---|---|



# Invoice

**COPY STATION** Oakland

Tax ID# 94-3196100

Please remit to corporate office at:
6601 Owens Dr. Suite 135 Pleasanton, CA 94588
Tel: 925.924.0802    Fax: 925.924.0807

Our store is located at:
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550    Fax: 510.433.0570

| Date | Invoice # |
|------|-----------|
| 12/7/2009 | 199579 |

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 | Julia 452-5500<br>ref; Burns - *sett. conf. stmt* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 525 | Litigation support, light labor | 0.10 | 52.50T |
| 60 | Color copies 8-1/2 X 11 | 0.90 | 54.00T |
| 60 | Regular Stock Tabs | 0.50 | 30.00T |
| 5 | Velo/Acco/Spiral Less than 1" | 2.50 | 12.50T |
|  |  | 9.75% | 14.53 |

| Total | $163.53 |
|-------|---------|



**COPY STATION** Oakland

# Invoice

Tax ID# 94-3196100

Please remit to corporate office at:
6601 Owens Dr. Suite 135 Pleasanton, CA 94588
Tel: 925.924.0802   Fax: 925.924.0807

Our store is located at:
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550   Fax: 510.433.0570

| Date | Invoice # |
|------|-----------|
| 1/21/2010 | 200948 |

| Bill To |
|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---|
| Julia<br>ref: Burns |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5 | Fax, per page | 1.00<br>9.75% | 5.00T<br>0.49 |
|  |  |  |  |

| | Total | $5.49 |
|---|---|---|

 **COPY STATION** Oakland

# Invoice

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802   Fax: 925.924.0807**

**Our store is located at:**
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550   Fax: 510.433.0570**

| Date | Invoice # |
|---|---|
| 3/19/2010 | 202960 |

| Bill To | Ship To |
|---|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 | Gina 452-5500<br>ref: Burns |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
| | Net 30 | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 79 | Litigation support, light labor | 0.10 | 7.90T |
| 1 | Velo/Acco/Spiral Less than 1" | 2.50 | 2.50T |
| | | 9.75% | 1.01 |

| **Total** | | | $11.41 |
|---|---|---|---|



# Invoice

**Tax ID# 94-3196100**

| Date | Invoice # |
|------|-----------|
| 3/15/2010 | 202778 |

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802   Fax: 925.924.0807**

**Our store is located at:**
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550   Fax: 510.433.0570**

| Bill To |
|---------|
| Haddad & Sherwin |
| 505 Seventeenth Street |
| Oakland, CA 94612 |

| Ship To |
|---------|
| Julia 452 - 5500 |
| ref: Burns |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 336 | Litigation support, light labor | 0.10 | 33.60T |
| 336 | 2/3 hole drilling | 0.02 | 6.72T |
|  |  | 9.75% | 3.93 |

| **Total** | $44.25 |
|-----------|--------|


**COPY STATION** Oakland

# Invoice

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802    Fax: 925.924.0807**

**Our store is located at:**
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|------|-----------|
| 4/6/2010 | 203588 |

| Bill To |
|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---------|
| Mike 452-5500<br>Ref: BURNS |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1,322 | Litigation support, light labor | 0.10<br>9.75% | 132.20T<br>12.89 |

| **Total** | $145.09 |
|-----------|---------|



# Invoice

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802    Fax: 925.924.0807**

**Our store is located at:**
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|---|---|
| 4/21/2010 | 204189 |

| Bill To | Ship To |
|---|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 | Gina 452-5500<br>ref: Burns |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 36 | Desktop Publishing: Black and White Scanning per Page | 0.15 | 5.40T |
| 72 | Photocopying: Full service 8-1/2 X 11 | 0.08 | 5.76T |
| 1 | e-mailed | 5.00 | 5.00T |
|  |  | 9.75% | 1.58 |

**Total**  $17.74



# Invoice

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802    Fax: 925.924.0807**

**Our store is located at:**
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|------|-----------|
| 7/8/2010 | 206919 |

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 | Julia 452-5500<br>Ref: Burns    *SJ response* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 699 | Litigation support, light labor | 0.10 | 69.90T |
| 27 | Color copies 8-1/2 X 11 | 0.99 | 26.73T |
| 116 | Regular Stock Tabs | 0.50 | 58.00T |
| 8 | Velo/Acco/Spiral Less than 1" | 2.50 | 20.00T |
|  |  | 9.75% | 17.03 |

| Total | $191.66 |
|-------|---------|


**COPY STATION** Oakland

# Invoice

Tax ID# 94-3196100

| Date | Invoice # |
|---|---|
| 5/4/2011 | 212846 |

**Please remit to corporate office at:**
6601 Owens Dr. Suite 135 Pleasanton, CA 94588
Tel: 925.924.0802    Fax: 925.924.0807

**Our store is located at:**
1717 Telegraph Ave. Oakland, CA 94612
Tel: 510.433.0550    Fax: 510.433.0570

| Bill To |
|---|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---|
| Mike 452-5500<br>Ref: Burns |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,300 | Desktop Publishing: Black and White Printing per Page | 0.10<br>9.75% | 130.00T<br>12.68 |

| | **Total** | $142.68 |
|---|---|---|

 **Invoice**

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802    Fax: 925.924.0807**

**Our store is located at:**
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|------|-----------|
| 5/16/2011 | 213000 |

| Bill To |
|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 |

| Ship To |
|---------|
| Gina 452-5500<br>Ref: Burns |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|          | Net 30 |     |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 936 | Litigation support, light labor | 0.10<br>9.75% | 93.60T<br>9.13 |

| | **Total** | $102.73 |
|--|-----------|---------|



# Invoice

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802    Fax: 925.924.0807**

**Our store is located at:**
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550    Fax: 510.433.0570**

| Date | Invoice # |
|------|-----------|
| 5/19/2011 | 213077 |

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin<br>505 Seventeenth Street<br>Oakland, CA 94612 | Gina 452-5500<br>ref: Burns |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 16 | Color copies 8-1/2 X 11 | 0.99<br>9.75% | 15.84T<br>1.54 |

| Total | |
|-------|--|
|  | $17.38 |



**COPY STATION** Oakland

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/25/2011 | 213164 |

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Dr. Suite 135 Pleasanton, CA 94588**
**Tel: 925.924.0802   Fax: 925.924.0807**

**Our store is located at:**
**1717 Telegraph Ave. Oakland, CA 94612**
**Tel: 510.433.0550   Fax: 510.433.0570**

| Bill To |
|---------|
| Haddad & Sherwin
505 Seventeenth Street
Oakland, CA 94612 |

| Ship To |
|---------|
| Gina 452-5500
Ref: Burns |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 108 | Litigation support, light labor | 0.10 | 10.80T |
|  |  | 9.75% | 1.05 |

| | Total | $11.85 |
|--|-------|--------|



# CRANGLE
## REPORTING SERVICES

LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94611
TEL: 510.653.1312
FAX: 510.839.2304

# INVOICE

**Michael J. Haddad, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, Third Floor**
**Oakland, CA 94612**

INVOICE NO. 6875

**RE:**    BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 10/5/09 | Reporter: Joan T. Grier, C S.R. | Invoice Date: 10/20/09 |
|---|---|---|
| **REPORTING AND TRANSCRIBING DEPOSITION OF** **OFFICER STEPHEN SYSYM** | | $ 176.00 |
| Certification fee | | 14.00 |
| Postage and Handling | | 10.00 |
| E-transcript | | 35.00 |
| Condensed transcript | | 35.00 |
| **TOTAL** | | $ 270.00 |

SSN:  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



# CRANGLE
## REPORTING SERVICES

LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94611
TEL: 510.653.1312
FAX: 510.839.2304

# INVOICE

**Michael J. Haddad, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, Third Floor**
**Oakland, CA 94612**

INVOICE NO. 6872

RE:     BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 10/5/09 | Reporter: Joan T. Grier, C S.R. | Invoice Date: 10/20/09 |
|---|---|---|
| **REPORTING AND TRANSCRIBING DEPOSITION OF OFFICER RICHARD HARRINGTON** | | $ 158.00 |
| Certification fee | | 14.00 |
| Postage and Handling | | 10.00 |
| E-transcript | | 35.00 |
| Condensed transcript | | 35.00 |
| **TOTAL** | | $ 252.00 |

SSN:  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



**CRANGLE**
REPORTING SERVICES

LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94611
TEL: 510.653.1312
FAX: 510.839.2304

# INVOICE

**Michael J. Haddad, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, Third Floor**
**Oakland, CA 94612**

INVOICE NO. 6873

RE:     BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 10/5/09 | Reporter: Joan T. Grier, C S.R. | Invoice Date: 10/20/09 |
|---|---|---|
| **REPORTING AND TRANSCRIBING DEPOSITION OF OFFICER JAIME MATEO** | | $ 351.50 |
| **Certification fee** | | 14.00 |
| **Postage and Handling** | | 10.00 |
| **E-transcript** | | 35.00 |
| **Condensed transcript** | | 35.00 |
| **TOTAL** | | $ 445.50 |

SSN:  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



LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94611
TEL: 510.653.1312
FAX: 510.839.2304

# INVOICE

**Michael J. Haddad, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, Third Floor**
**Oakland, CA 94612**

INVOICE NO. 6876

**RE:** BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 10/5/09 | Reporter: Joan T. Grier, C S.R. | Invoice Date: 10/20/09 |
|---|---|---|

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF OFFICER RAMIRO PEREZ | $ 153.50 |
| Certification fee | 14.00 |
| Postage and Handling | 10.00 |
| E-transcript | 35.00 |
| Condensed transcript | 35.00 |
| **TOTAL** | $ 247.50 |

SSN: 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



# CRANGLE
## REPORTING SERVICES

LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94611
TEL: 510.653.1312
FAX: 510.839.2304

# INVOICE

Michael J. Haddad, Attorney at Law
HADDAD & SHERWIN
505 17th Street, Third Floor
Oakland, CA 94612

INVOICE NO. 6874

RE:    BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 10/5/09 | Reporter: Joan T. Grier, C S.R. | Invoice Date: 10/20/09 |
|---|---|---|

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF OFFICER DAVID GOUGH | $ 419.00 |
| Certification fee | 14.00 |
| Postage and Handling | 10.00 |
| E-transcript | 35.00 |
| Condensed transcript | 35.00 |
| **TOTAL** | $ 513.00 |

SSN:  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



## CRANGLE
REPORTING SERVICES

Litigation Support
Realtime Technology

3756 Grand Avenue
Suite 305
Oakland, CA 94611
Tel: 510.653.1312
Fax: 510.839.2304

# INVOICE

**Julia Sherwin, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, Third Floor**
**Oakland, CA 94612**

INVOICE NO. 7025

RE: BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 12/03/09 | Reporter: Karen A. Crangle, C S.R. | Invoice Date: 12/08/09 |
|---|---|---|

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF J. JOSEPH PRENDERGAST. M.D. | $ 304.50 |
| Certification fee | 14.00 |
| Postage and Handling | 25.00 |
| E-transcript | 35.00 |
| Condensed transcript | 35.00 |
| Photocopying Exhibits | 7.90 |
| **TOTAL** | $ 421.40 |

SSN: 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



# CRANGLE
## REPORTING SERVICES

# INVOICE

LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94611
TEL: 510.653.1312
FAX: 510.839.2304

**Michael J. Haddad, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, 3rd Floor**
**Oakland, CA 94612**

INVOICE NO. 7080

RE:  BURNS vs. CITY OF REDWOOD CITY

| Appearance Date: 1/8/2010 | Reporter:  Marilyn J. B. Miller, C.S.R. | Invoice Date: 1/18/2010 |
|---|---|---|

| | |
|---|---:|
| REPORTING AND TRANSCRIBING DEPOSITION OF CARLOS G. BOLANOS | $ 254.00 |
| Certification fee | 14.00 |
| Condensed transcript | 35.00 |
| Postage and handling | 25.00 |
| E-transcript | 35.00 |
| Photocopying exhibits | 3.00 |
| | |
| REPORTING AND TRANSCRIBING DEPOSITION OF LOUIS A. COBARRUVIAZ | $ 275.25 |
| Certification fee | 14.00 |
| Condensed transcript | 35.00 |
| Postage and handling | 25.00 |
| E-transcript TOTAL | 35.00 |
| TOTAL | $ 750.25 |

SSN:  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



LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94610
TEL: 510.653.1312
FAX: 510.839.2304

# INVOICE

**Michael J. Haddad, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, 3rd Floor**
**Oakland, CA 94612**

INVOICE NO. 7387

RE: BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 4/22/10 | Reporter: Joan T. Grier, C S.R. | Invoice Date: 5/12/10 |
|---|---|---|

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF JARED L. ZWICKEY | $ 826.75 |
| Certification fee | 14.00 |
| Postage and Handling (Incl. return of Mr. Zwickey's exhibits) | 35.00 |
| E-transcript | 35.00 |
| Condensed transcript | 35.00 |
| Photocopying Exhibits 2 sets @ $37.35 ea) | 74.70 |
| TOTAL | $1020.45 |

SSN: 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



# CRANGLE
## REPORTING SERVICES

LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94610
TEL: 510.653.1312
FAX: 510.839.2304

# INVOICE

**Michael J. Haddad, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, 3rd Floor**
**Oakland, CA 94612**

INVOICE NO. 7388

RE: BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 4/23/10 | Reporter: Joan T. Grier, C S.R. | Invoice Date: 5/12/10 | |
|---|---|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF CAROL J. THOMAS, M.D. | | | $ 482.00 |
| Certification fee | | | 14.00 |
| Postage and Handling (Incl. return of Dr. Thomas' exhibits) | | | 35.00 |
| E-transcript | | | 35.00 |
| Condensed transcript | | | 35.00 |
| Photocopying Exhibits 2 sets @ $37.45 ea) | | | 74.90 |
| | | TOTAL | $ 675.90 |

SSN: 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

. . . . .



**CRANGLE**
REPORTING SERVICES

LITIGATION SUPPORT
REALTIME TECHNOLOGY

3756 GRAND AVENUE
SUITE 305
OAKLAND, CA 94610
TEL: 510.653.1312
FAX: 510.839.2304

# INVOICE

**Michael J. Haddad, Attorney at Law**
**HADDAD & SHERWIN**
**505 17th Street, 3rd Floor**
**Oakland, CA 94612**

INVOICE NO. 7386

RE: BURNS v. CITY OF REDWOOD CITY

| Appearance Date: 4/21/10 | Reporter: Joan T. Grier, C S.R. | Invoice Date: 5/12/10 |
|---|---|---|

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF PETER CRAIG CASSINI, M.D. | $ 793.00 |
| Certification fee | 14.00 |
| Postage and Handling (Incl. return of Dr. Cassini's exhibits) | 35.00 |
| E-transcript | 35.00 |
| Condensed transcript | 35.00 |
| Photocopying Exhibits 2 sets @ $7.80 ea) | 15.60 |
| TOTAL | $ 927.60 |

SSN: 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

*Burns - demonstrative aid*

# FedEx Office

FedEx Office is your destination
for printing and shipping.

1221 BROADWAY
Oakland, CA 94612
Tel: (510) 465-5209

5/31/2011              7:22:26 PM PST
Team Member: Sherman A.
Customer: Gina Altomare

SALE

| Demo.Rules.FINAL 05- | Qty 1 | 84.00 |
|---|---|---|
| FS OS BW 36x48 Bond | 1 @ | 7.2000 T |
| 000279 Reg. Price | 9.00 | |
| LF Mounting 36x48 | 1 @ | 48.0000 T |
| 000402 Reg. Price | 60.00 | |
| Lamination Standard | 12 @ | 2.4000 T |
| 000369 Reg. Price | 3.00 | |

| | | |
|---|---|---|
| Price per piece | 84.00 | |
| Regular Total | 105.00 | |
| Discounts | 21.00 | |

| | |
|---|---|
| Sub-Total | 84.00 |
| Tax | 8.19 |
| Deposit | 0.00 |

| **Total** | **92.19** |
|---|---|

| Visa (S) | 92.19 |
|---|---|
| Account: 4094 | |
| Auth: 07229A (A) | |

| Total Tender | 92.19 |
|---|---|
| Change Due | 0.00 |

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA 94064-3119
(650) 365-6152

INV#: 46788

FEDERAL ID NO: 94-2603300                    DATE: 10/23/2009

---

MICHAEL J. HADDAD, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA 94612

---

JOANNE H/10120901
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPT SENT 10-23-09

DATE TAKEN: 10/12/2009

    Deposition of: DOUGLAS BURNS
        One Copy                              603.25

        Exhibit Fee                             2.00
        Postage/Delivery                       15.75
        Certification                           2.00
                                            ----------
                TOTAL AMOUNT DUE:   $        623.00
                                            ==========

TERMS:  Net due within 30 DAYS from date of invoice.
 - PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA  94064-3119
(650) 365-6152

INV#: 46824
FEDERAL ID NO: 94-2603300                    DATE: 12/18/2009

---

MICHAEL J. HADDAD, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA  94612

---

JOANNE H/12040901
P.W.P.
BURNS VS. CITY OF REDWOOD CITY      TRANSCRIPT SENT 12-18-09

DATE TAKEN:  12/04/2009

```
    Deposition of: CHERYL LENCI
       One Copy                          277.50

       Exhibit Fee                         5.00
       Postage/Delivery                   15.75
       Certification                       2.00
                                      ----------
                 TOTAL AMOUNT DUE:  $     300.25
                                      ==========
```

TERMS:  Net due within 30 DAYS from date of invoice.
    - PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA  94064-3119
(650) 365-6152

INV#: 46856
DATE: 02/15/2010

FEDERAL ID NO: 94-2603300

MICHAEL J. HADDAD, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA  94612

JOANNE H/01211001
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPTS SENT 2-15-10

DATE TAKEN:  01/21/2010

    Deposition of: DOUGLAS BURNS, VOL. 2
       One Copy
    Deposition of: ARVIND PETER RELAN              525.00
       One Copy
    Deposition of: EMILY BURNS
       One Copy

      Exhibit Fee                       3.00
      Postage/Delivery                 15.75
      Certification                     6.00
                   ----------

          TOTAL AMOUNT DUE:  $     549.75
                            ==========

TERMS:  Net due within 30 DAYS from date of invoice.
- PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA 94064-3119
(650) 365-6152

INV#: 46907
FEDERAL ID NO: 94-2603300                    DATE: 04/01/2010

---

MICHAEL J. HADDAD, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA  94612

---

JOANNE H/03221001
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPT SENT 4-1-10

DATE TAKEN:  03/22/2010

    Deposition of: EDWARD P. AMENTO, M.D.
        One Copy                              146.75

        Postage/Delivery                       15.75
        Certification                           2.00
                                          ----------
                    TOTAL AMOUNT DUE:  $      164.50
                                          ==========

TERMS:  Net due within 30 DAYS from date of invoice.
 - PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA  94064-3119
(650) 365-6152

INV#: 46909
DATE: 04/01/2010

FEDERAL ID NO: 94-2603300

MICHAEL J. HADDAD, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA  94612

JOANNE H/03221002
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPT SENT 4-1-10

DATE TAKEN:  03/22/2010

    Deposition of: RANDALL G.. GARFIELD, D.C.
        One Copy                              149.50

        Exhibit Fee                             4.00
        Postage/Delivery                       15.75
        Certification                           2.00
                                            ----------
                        TOTAL AMOUNT DUE:  $    171.25
                                            ==========

TERMS:  Net due within 30 DAYS from date of invoice.
    - PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA  94064-3119
(650) 365-6152

FEDERAL ID NO: 94-2603300

INV#: 46914
DATE: 04/14/2010

MICHAEL J. HADDAD, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA  94612

JOANNE H/04061001
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPT SENT 4-14-10

DATE TAKEN:  04/06/2010

    Deposition of: ROGER CLARK
        One Copy                          405.25

        Postage/Delivery                   15.75
        Certification                       2.00
                                        ----------
                  TOTAL AMOUNT DUE:  $      423.00
                                        ==========

TERMS:  Net due within 30 DAYS from date of invoice.
  - PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA  94064-3119
(650) 365-6152

INV#: 46917
DATE: 04/20/2010

FEDERAL ID NO: 94-2603300

---

MICHAEL J. HADDAD, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA  94612

---

MELINDA C/04091001
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPT SENT 4-20-10

DATE TAKEN:  04/09/2010

Deposition of: PHILLIP H. ALLMAN, III, Ph.D.
One Copy                                    174.25

Exhibit Fee                                  15.50
Postage/Delivery                             15.75
Certification                                 2.00
                                        ----------
              TOTAL AMOUNT DUE:  $          207.50
                                        ==========

TERMS:  Net due within 30 DAYS from date of invoice.
- PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA 94064-3119
(650) 365-6152

INV#: 46919
FEDERAL ID NO: 94-2603300                    DATE: 04/22/2010

JULIA SHERWIN, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA 94612

LORALEE H/04081001
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPT SENT 4-22-10

DATE TAKEN: 04/08/2010

    Deposition of: MICHAEL SIEGEL, M.D.
        One Copy                          131.75

        Exhibit Fee                         5.50
        Postage/Delivery                   15.75
        Certification                       2.00
                                       ----------
                TOTAL AMOUNT DUE:  $      155.00
                                       ==========

TERMS:  Net due within 30 DAYS from date of invoice.
     - PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

INV#: 46927
DATE: 04/30/2010

FEDERAL ID NO: 94-2603300

---

JULIA SHERWIN, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA  94612

---

JOANNE H/04191001
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPT SENT 4-30-10

DATE TAKEN:  04/19/2010

|  | |
|---|---:|
| Deposition of: RONALD S. GREENWALD, M.D. | |
| One Copy | 190.75 |
| Exhibit Fee | 8.00 |
| Postage/Delivery | 15.75 |
| Certification | 2.00 |
| TOTAL AMOUNT DUE:  $ | 216.50 |

TERMS:  Net due within 30 DAYS from date of invoice.
- PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -

MADELEINE M. FREDA, INC.
Certified Shorthand Reporters
P. O. Box 3119
Redwood City, CA 94064-3119
(650) 365-6152

INV#: 46929
DATE: 04/30/2010

FEDERAL ID NO: 94-2603300

JULIA SHERWIN, ESQ.
HADDAD & SHERWIN
ATTORNEYS AT LAW
505 SEVENTEENTH ST.
OAKLAND, CA 94612

JOANNE H/04211001
P.W.P.
BURNS VS. CITY OF REDWOOD CITY        TRANSCRIPT SENT 4-30-10

DATE TAKEN: 04/21/2010

```
    Deposition of: MICHAEL D. GOLDFIELD, M.D.
        One Copy                              267.75

        Exhibit Fee                            66.00
        Postage/Delivery                       15.75
        Certification                           2.00
                                          ----------
                    TOTAL AMOUNT DUE:  $     351.50
                                          ==========
```

TERMS:  Net due within 30 DAYS from date of invoice.
        - PLEASE SUBMIT COPY OF INVOICE WITH PAYMENT -



# INVOICE

| | |
|---|---|
| Invoice # | OAK10020101 |
| Invoice Date: | 02/12/2010 |
| Due Date: | 02/22/2010 |
| Terms: | Net 10 Days |
| Customer Code: | OAK-HADA |
| Natl ID: | 10751 |

IKON Office Solutions - Oakland, CA
Phone: (510) 839-6399     Fax: (510) 839-7834
Federal ID: 230334400

**BILL TO:**
**HADDAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

**SHIP TO:**
**HADDAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

Attn: MIKE HADDAD

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| BURNS _copies for experts_ | | | Eric Larsen |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1002-0104 | 02/12/2010 | MIKE HADDAD - HADDAD & SHERWIN | | | | |
| 637 | | Tabs (Custom) | 3.00 | 0.5000 | | 1.50 |
| 634 | | Tabs (Alpha/Numeric) | 24.00 | 0.3500 | | 8.40 |
| 596 | | Binding - Re-Binds | 9.00 | 1.0000 | | 9.00 |
| 589 | | Color 8.5x11 (Letter) Copies | 28.00 | 0.9900 | | 27.72 |
| 568 | | B&W Copies D - Heavy Litigation | 686.00 | 0.1600 | | 109.76 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 156.38 |
| Sales Tax: | 15.25 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **171.63** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____     Date: _____

**Please pay from this copy. The party named on this bill is held responsible for payment**

**Payment From:**
**HADDAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

| Amount Enclosed |
|---|
| $ |

Invoice: **OAK10020101**
Invoice Date: **02/12/2010**
Due Date: **02/22/2010**
Customer Code: **OAK-HADA**
Natl ID: **10751**

**Please Remit To:**
**IKON Office Solutions**
LDS Western District - OAK
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS AMOUNT** $ 171.63



**IKON** Document Efficiency
At Work.®
A RICOH COMPANY

# INVOICE

IKON Office Solutions, Inc. - Oakland, CA
Phone: (510) 839-6399   Fax: (510) 839-7834
Federal ID: 230334400

| | |
|---|---|
| Invoice # | OAK11050033 |
| Invoice Date: | 05/05/2011 |
| Due Date: | 06/04/2011 |
| Terms: | Net 30 Days |
| Customer Code: | OAK-HADA |
| Natl ID: | 10751 |

**BILL TO:**
**HADAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

**SHIP TO:**
**HADAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

Attn: MIKE HADDAD

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| BURNS | *trial exhibits* | | Eric Larsen |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-1105-0031 | 05/04/2011 | MIKE HADDAD - HADAD & SHERWIN | | | |
| 634 | | Tabs (Alpha/Numeric) | 217.00 | 0.3500 | 75.95 |
| 589 | | Color 8.5x11 (Letter) Copies | 170.00 | 0.8000 | 136.00 |
| 622 | | Binder - 3" | 16.00 | 11.0000 | 176.00 |
| 567 | | B&W Copies C - Medium Litigation | 9,510.00 | 0.1350 | 1,283.85 |

---

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 1,671.80 |
| Sales Tax: | 163.00 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **1,834.80** |

Received and Accepted by: _____   Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**HADAD & SHERWIN**
505 17th STREET
OAKLAND, CA 94610

| Amount Enclosed |
|---|
| $ |

**Invoice:** OAK11050033
Invoice Date: **05/05/2011**
Due Date: **06/04/2011**
Customer Code: **OAK-HADA**
Natl ID: **10751**

**Please Remit To:**
IKON Office Solutions, Inc.
LDS Western District - OAK
P O Box 31001-0743
Pasadena, CA 91110-0743

**PAY THIS
AMOUNT** $ **1,834.80**