**JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
**MELISSA M. HOLMES [SBN: 220961]**
**HOWARD ROME MARTIN & RIDLEY LLP**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
Telephone: (650) 365-7715

Attorneys for Defendants CITY OF REDWOOD CITY;
JAIME MATEO; and DAVID GOUGH

**MICHAEL J. HADDAD (State Bar No. 189114)**
**JULIA SHERWIN (State Bar No. 189268)**
**HADDAD & SHERWIN**
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
DOUGLAS BURNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF REDWOOD CITY, a public entity; REDWOOD CITY POLICE DEPARTMENT; POLICE OFFICER JAIME MATEO; POLICE OFFICER DAVID GOUGH; POLICE OFFICER RAMIRO PEREZ; POLICE OFFICER STEPHEN SYSUM; POLICE OFFICER RICH HARRINGTON, individually, and DOES 1-10, <br><br> Defendants. | Case No. C08-02995 RS <br><br> [PROPOSED] ORDER RE STIPULATED BRIEFING SCHEDULE FOR DEFENDANTS POST TRIAL MOTIONS AS MODIFIED BY THE COURT<br> **JUDGE:** Hon. Richard Seeborg |

Joseph C. Howard, Jr., lead counsel for defendants in this matter, will be out of the country and unavailable for hearings on any matters from June 27, 2011 through July 25, 2011. (*See* Notice of Unavailability of Counsel, filed with this Court on June 17, 2011). Melissa Holmes, associate counsel for defendants, is on maternity leave through September 1, 2010. In addition,

counsel for plaintiff, Michael J. Haddad and Julia Sherwin, will be out of town and unavailable for any purpose from June 27, 2011 until July 8, 2011. (~~See Notice of Unavailability of Counsel for Any Purpose, filed with this Court on June 20, 2011.~~)

The parties submit this Proposed Stipulated Briefing Schedule for all of Defendants' Post Trial Motions:

| | |
|---|---|
| **Moving Papers to be Filed:** | **June 29, 2011** |
| **Opposition to be Filed:** | **August 2, 2011** |
| **Reply to be Filed:** | **August 11, 2011** |
| **Hearing:** | **August 25, 2011** at 1:30 p.m. |

DATE:  June 23, 2011

HOWARD ROME MARTIN & RIDLEY LLP

By: **/s/Joseph C. Howard, Jr.**
JOSEPH C. HOWARD, JR.
Attorneys for Defendants CITY OF REDWOOD CITY; JAIME MATEO; and DAVID GOUGH

DATED:  June 23, 2011

HADDAD & SHERWIN

By: **/s/Michael J. Haddad**
MICHAEL J. HADDAD
JULIA SHERWIN
Attorneys for Plaintiff
DOUGLAS BURNS

**IT IS SO ORDERED.**

DATED:  6/27, 2011

*[signature]*

THE HONORABLE RICHARD SEEBORG

2
[~~Propose~~d] Order Re Stipulated Briefing Schedule for Motion for New Trial; Case No. C08-02995 RS