*E-Filed 12/2/11*

1 | **JOSEPH C. HOWARD, JR. [SBN: 050784]**
**TODD H. MASTER [SBN: 185881]**
2 | **MELISSA M. HOLMES [SBN: 220961]**
**HOWARD ROME MARTIN & RIDLEY LLP**
3 | 1775 Woodside Road, Suite 200
Redwood City, CA  94061
4 | Telephone:  (650) 365-7715

5 | Attorneys for Defendants CITY OF REDWOOD CITY;
JAIME MATEO; DAVID GOUGH; and RAMIRO PEREZ

6 | **MICHAEL J. HADDAD (State Bar No. 189114)**
7 | **JULIA SHERWIN (State Bar No. 189268)**
**HADDAD & SHERWIN**
8 | 505 Seventeenth Street
Oakland, California  94612
9 | Telephone: (510) 452-5500
Fax: (510) 452-5510

10 | Attorneys for Plaintiff
DOUGLAS BURNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURNS, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDWOOD CITY, a public entity; REDWOOD CITY POLICE DEPARTMENT; POLICE OFFICER JAIME MATEO; POLICE OFFICER DAVID GOUGH; POLICE OFFICER RAMIRO PEREZ; POLICE OFFICER STEPHEN SYSUM; POLICE OFFICER RICH HARRINGTON, individually, and DOES 1-10,<br><br>Defendants. | Case No. C08-02995 RS<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE MOTION FOR REASONABLE ATTORNEYS FEES AND COSTS**<br><br>**JUDGE:    Hon. Richard Seeborg** |

1

Case No. C08-02995 RS: STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE
MOTION FOR REASONABLE ATTORNEYS FEES AND COSTS

1   The parties, through their counsel have been engaged in settlement discussions to resolve
2   this entire matter without the need for Plaintiff to file a motion for reasonable fees and costs. The
3   parties need additional time to resolve this matter, hopefully without further Court intervention,
4   and therefore jointly request that this Court continue the deadline for the filing of Plaintiff's motion
5   for reasonable attorneys' fees and costs from December 13, 2011 to January 20, 2012.

7   DATE: December 1, 2011

8                                        HOWARD ROME MARTIN & RIDLEY LLP

10                              By:   **/s/Joseph C. Howard, Jr.**
                                      JOSEPH C. HOWARD, JR
11                                    Attorneys for Defendants CITY OF
                                      REDWOOD CITY; JAIME MATEO;
12                                    DAVID GOUGH; and RAMIRO PEREZ

14  DATED: December 1, 2011           HADDAD & SHERWIN

16                              By:   **/s/Michael J. Haddad**
                                      MICHAEL J. HADDAD
17                                    Attorneys for Plaintiff
                                      DOUGLAS BURNS

19  BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

20  DATED: 12/1/11

                                      _____
                                      HON. RICHARD SEEBORG
                                      UNITED STATES DISTRICT JUDGE